# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY LUCRECIA ALBIZUREZ CRUZ, | Case No. EDCV 26-3929 JFW (PVC) |
| Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| WARDEN, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  Respondents have filed a Notice of No Objection to the Report and Recommendation.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

1)  the Petition is GRANTED;

2) Respondents are ORDERED to immediately release Petitioner **Wendy Lucrecia Albizurez Cruz, A Number: 249-032-522**;

3) Respondents are ORDERED to return Petitioner to the same or similar conditions of supervision that existed before her July 1, 2026 re-detention;

4) Respondents are ENJOINED from re-detaining Petitioner unless they first provide written notice and a pre-deprivation hearing before a neutral decisionmaker, where Respondents must prove by clear and convincing evidence that material changed circumstances justify detention or that Petitioner poses a danger or flight risk;

5) Respondents are ORDERED to return all identity documents and personal possessions to Petitioner upon release; and

6) Respondents are ORDERED within **seven days** to file a notice of compliance advising how they complied with this Order; and

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 24, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE