JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WENDY LUCRECIA ALBIZUREZ,

Petitioner,

v.

WARDEN, et al.,

Respondents.

Case No. EDCV 26-3929 JFW (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Petitioner. IT IS FURTHER ORDERED THAT:

1) Respondents are ORDERED to immediately release Petitioner **Wendy Lucrecia Albizurez Cruz, A Number: 249-032-522**;

2) Respondents are ORDERED to return Petitioner to the same or similar conditions of supervision that existed before her July 1, 2026 re-detention;

3) Respondents are ENJOINED from re-detaining Petitioner unless they first provide written notice and a pre-deprivation hearing before a neutral decisionmaker, where Respondents must prove by clear and convincing evidence that material changed circumstances justify detention or that Petitioner poses a danger or flight risk;

4) Respondents are ORDERED to return all identity documents and personal possessions to Petitioner upon release; and

5) Respondents are ORDERED within **seven days** to file a notice of compliance advising how they complied with this Order

DATED: July 24, 2026

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE